# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR ALEXANDER RODRIGUEZ DEL GUIDICE,

Petitioner,

v.

ANGELA HOOVER, *et al.*,

Respondents.

No. 4:26-CV-02384

(Chief Judge Brann)

## ORDER

**NOVEMBER 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Rodriguez Del Giudice's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. The Government **SHALL** either shall release Rodriguez Del Giudice on his own recognizance, or provide Rodriguez Del Giudice with an individualized bond hearing at which he may present evidence on or before Tuesday, December 8, 2026;
3. At that bond hearing, the Government **SHALL** bear the burden of demonstrating, by clear and convincing evidence, that Rodriguez Del Giudice is a danger to the community or a flight risk;

4. On or before Tuesday, December 15, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the reasons for such denial; and

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge